# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MALLINCKRODT PLC, *et al.*, | : | Bankruptcy Case No. 20-12522 (JTD) |
| | : | |
| Debtor. | : | |
| _____ | : | |
| | : | |
| CITY OF ROCKFORD, IL, *et al.*, | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | C.A. No. 21-1150-LPS |
| | : | Bankr. BAP No. 21-56 |
| MALLINCKRODT PLC, *et al.*, | : | |
| | : | |
| Appellees. | : | |
| _____ | : | |

## **RECOMMENDATION**

At Wilmington this **21st** day of **October, 2021**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

This Appeal relates to a July 23, 2021 order of the Honorable John T. Dorsey of

the Bankruptcy Court for the District of Delaware, which disallowed certain claims of Appellants against the Debtors in their chapter 11 case. D.I. 1. In light of the relief granted by the Bankruptcy Court and the issues on appeal, the parties do not believe mediation would be fruitful, and request that this matter be removed from mandatory mediation. Further, Appellees' filed a motion to consolidate this appeal with a separate appeal from the Bankruptcy Court . *See.* D.I. 4, 5 and 6. Depending upon the decision on the consolidation motion, a joint briefing schedule will be required which would include parties who are not involved in this Appeal.

To the extent that this Court prefers to set a briefing schedule now, the parties jointly propose the following schedule:

| | |
|---|---|
| Appellants' Opening Brief | October 21, 2021 |
| Appellees' Responsive Brief | November 22, 2021 |
| Appellants' Reply Brief | December 6, 2021 |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. No objections are anticipated to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 because it is consistent with what the parties requested.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge